

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00699-CV

**ORION DRILLING COMPANY, LLC**,
Appellant

v.

**TX ENERGY SERVICES, LLC**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 19-07-59662-CV
Honorable Michael Ventura Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: December 27, 2019

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. To the extent appellant seeks dismissal of this appeal, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1) (authorizing appellate courts to dismiss an appeal on an appellant's motion). However, appellant's motion does not show that the parties have reached an agreement as to costs. Therefore, costs of appeal are taxed against appellant. *See id*. 42.1(d) (stating costs must be taxed against an appellant absent agreement of the parties).

PER CURIAM